**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**FILED**

JUN 2 6 2017

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

ALBERT SHADE,                  :
                               :
        Plaintiff,             :
                               :
    v.                         :        Civil Action No. 17-1140 (UNA)
                               :
TOM VILSACK,                   :
                               :
        Defendant.             :

## MEMORANDUM OPINION

The Court construes the complaint as plaintiff's latest attempt to sue the United States

Department of Agriculture for its discriminatory lending practices in 1982. The court previously

held that there is no legal basis to do so outside of the Consent Decree reached in *Pigford v.*

*Glickman*, Civ. No. 97-1978 (D.D.C. 1999). *See Shade v. U.S. Cong.*, 942 F. Supp. 2d 43, 49

(D.D.C. 2013), *aff'd sub nom. Shade v. Cong.*, No. 13-5185, 2013 WL 5975978 (D.C. Cir. Oct.

15, 2013).

The Court will grant plaintiff's application to proceed *in forma pauperis* and dismiss the

complaint. An Order consistent with this Memorandum Opinion is issued separately.

DATE: June 23, 2017

_____
United States District Judge